**People of the State of Illinois, Plaintiff-Appellee, v. Excell Williams, Defendant-Appellant.**

Gen. No. 50,907.

First District, Second Division.

April 5, 1966.

Norton Wasserman, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joel M. Flaum, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**